UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **RONALD STILLMAN,** | : | |
| | : | |
| **Plaintiff,** | : | Civil Action No.07-849 (KSH) |
| v. | : | |
| | : | |
| **STAPLES, INC.,** | : | **ORDER ON INFORMAL** |
| | : | **APPLICATION** |
| | : | |
| **Defendant.** | : | |

    This matter having come before the Court by way of letter dated July 17, 2007 regarding a discovery dispute concerning the need for the defendant to identify all employees with the "same or similar responsibilities as those of Plaintiff;"

    and the letter failing to embody the signature of local counsel as required by the Order dated June 6, 2007;

    and the letter failing to comply with the protocol set forth in the Order dated June 15, 2007;

    IT IS THEREFORE ON THIS 17th day of July, 2007

    ORDERED that the request for relief is denied;

    IT IS FURTHER ORDERED that all submissions shall be signed by Local Counsel and all discovery disputes shall be presented via the joint letter format set forth in the Order dated June 15, 2007; and

    IT IS FURTHER ORDERED that the parties shall meet and confer to attempt to resolve the dispute embodied in the letter.  If the parties are unable to resolve the dispute set forth in the letter dated July 17, 2007, then they shall submit a joint letter no later than **July 20, 2007 at noon**.

                                                      s/Patty Shwartz
                                                      UNITED STATES MAGISTRATE JUDGE