UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD STILLMAN, individually and on behalf of all other persons similarly situated, Plaintiff | No. 07-849(P.S.) |
| against | CONSENT TO BECOME PARTY PLAINTIFF |
| STAPLES, INC., Defendant | |

**CONSENT TO BECOME A PARTY PLAINTIFF**

☒ By my signature below, I consent to be a party plaintiff in the above captioned lawsuit pursuant to the Fair Labor Standards Act, 29 U S C § 2 16(b). I understand that the class representative and Mr. Stillman will act as my agents to make decisions on my behalf concerning the litigation and the method and manner of conducting this litigation,

**DESIGNATION OF COUNSEL**

☒ I hereby designate Plaintiff's counsel, The Locks Law Firm, PLLC, The Mason Law Firm LLP and Berger and Gottlieb, to represent me in the suit

**OR**

☐ I hereby designate ______________________________ to represent me in this suit.

[signature]
Signature

7-12-08
Date

Kevin McGregor
Print Name

17 Glendale Ave
Address

Peabody MA 01960
City, State and Zip Code

508 527-1637
Phone Number

RECEIVED
JUL 21 2008
THE GARDEN CITY GROUP, INC.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD STILLMAN, individually and on behalf of all other persons similarly situated,<br><br>Plaintiff<br><br>against<br><br>STAPLES, INC.,<br><br>Defendant | No. 07-849(P.S.)<br><br>**CONSENT TO BECOME PARTY PLAINTIFF** |

**CONSENT TO BECOME A PARTY PLAINTIFF**

☑ By my signature below, I consent to be a party plaintiff in the above captioned lawsuit pursuant to the Fair Labor Standards Act, 29 U.S C. § 2 16(b). I understand that the class representative and Mr. Stillman will act as my agents to make decisions on my behalf concerning the litigation and the method and manner of conducting this litigation,

**DESIGNATION OF COUNSEL**

☑ I hereby designate Plaintiff's counsel, The Locks Law Firm, PLLC, The Mason Law Firm LLP and Berger and Gottlieb, to represent me in the suit.

**OR**

☐ I hereby designate ______________________ to represent me in this suit.

[signature]
Signature

8 July 08
Date

Cory Smith
Print Name

401 S. Gallaher View Rd, Apt 328
Address

Knoxville, TN 37919
City, State and Zip Code

423-435-3164
Phone Number

RECEIVED
JUL 21 2008
THE GARDEN CITY GROUP, INC.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RONALD STILLMAN, individually and on behalf of all other persons similarly situated,<br>Plaintiff<br>against<br>STAPLES, INC.,<br>Defendant | No. 07-849(P.S.)<br>**CONSENT TO BECOME PARTY PLAINTIFF** |

**CONSENT TO BECOME A PARTY PLAINTIFF**

☑ By my signature below, I consent to be a party plaintiff in the above captioned lawsuit pursuant to the Fair Labor Standards Act, 29 U.S.C. § 2 16(b). I understand that the class representative and Mr. Stillman will act as my agents to make decisions on my behalf concerning the litigation and the method and manner of conducting this litigation,

**DESIGNATION OF COUNSEL**

☑ I hereby designate Plaintiff's counsel, The Locks Law Firm, PLLC, The Mason Law Firm LLP and Berger and Gottlieb, to represent me in the suit.

**OR**

☐ I hereby designate ______________________ to represent me in this suit.

[signature]
Signature

Hunter Somerville
Print Name

424 County Rd 1376
Address

Texarkana, TX 75501
City, State and Zip Code

903-280-2260
Phone Number

7/13/08
Date

RECEIVED
JUL 21 2008
THE GARDEN CITY GROUP, INC.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| RONALD STILLMAN, individually and on behalf of all other persons similarly situated,<br><br>Plaintiff<br><br>against<br><br>STAPLES, INC.,<br><br>Defendant | : | No. 07-849(P.S )<br><br>**CONSENT TO BECOME PARTY PLAINTIFF** |

**CONSENT TO BECOME A PARTY PLAINTIFF**

☒ By my signature below, I consent to be a party plaintiff in the above captioned lawsuit pursuant to the Fair Labor Standards Act, 29 U.S.C. § 2 16(b). I understand that the class representative and Mr Stillman will act as my agents to make decisions on my behalf concerning the litigation and the method and manner of conducting this litigation,

**DESIGNATION OF COUNSEL**

☒ I hereby designate Plaintiff's counsel, The Locks Law Firm, PLLC, The Mason Law Firm LLP and Berger and Gottlieb, to represent me in the suit.

**OR**

☐ I hereby designate ______________________ to represent me in this suit.

[signature]
Signature

7/15/08
Date

José (Joey) Buckles
Print Name

304 South 100 West #12
Address

Cedar City UT, 84720
City, State and Zip Code

435-701-5726
Phone Number

RECEIVED
JUL 2 1 2008
THE GARDEN CITY GROUP, INC.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD STILLMAN, individually and on behalf of all other persons similarly situated,<br><br>Plaintiff<br><br>against<br><br>STAPLES, INC.,<br><br>Defendant | No. 07-849(P S.)<br><br>**CONSENT TO BECOME PARTY PLAINTIFF** |

## CONSENT TO BECOME A PARTY PLAINTIFF

☒ By my signature below, I consent to be a party plaintiff in the above captioned lawsuit pursuant to the Fair Labor Standards Act, 29 U S.C. § 2 16(b) I understand that the class representative and Mr. Stillman will act as my agents to make decisions on my behalf concerning the litigation and the method and manner of conducting this litigation,

## DESIGNATION OF COUNSEL

☒ I hereby designate Plaintiff's counsel, The Locks Law Firm, PLLC, The Mason Law Firm LLP and Berger and Gottlieb, to represent me in the suit.

**OR**

☐ I hereby designate ______________________ to represent me in this suit.

[signature]
Signature

7/12/08
Date

Charles John Clifford
Print Name

201 Shortleaf Ln.
Address

Harvest AL 35749
City, State and Zip Code

256-684-4984
Phone Number

RECEIVED
JUL 21 2008
THE GARDEN CITY GROUP, INC.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD STILLMAN, individually and on behalf of all other persons similarly situated, Plaintiff | No. 07-849(P.S.) |
| against | CONSENT TO BECOME PARTY PLAINTIFF |
| STAPLES, INC , Defendant | |

## CONSENT TO BECOME A PARTY PLAINTIFF

☑ By my signature below, I consent to be a party plaintiff in the above captioned lawsuit pursuant to the Fair Labor Standards Act, 29 U.S C. § 2 16(b) I understand that the class representative and Mr. Stillman will act as my agents to make decisions on my behalf concerning the litigation and the method and manner of conducting this litigation,

## DESIGNATION OF COUNSEL

☑ I hereby designate Plaintiff's counsel, The Locks Law Firm, PLLC, The Mason Law Firm LLP and Berger and Gottlieb, to represent me in the suit.

OR

☐ I hereby designate ______________________ to represent me in this suit.

[signature]
Signature

16 July 08
Date

Dave Harley
Print Name

104 Bedford st Apt 2
Address

Forty Fort, PA 18704
City, State and Zip Code

570-793-3896
Phone Number

RECEIVED
JUL 2 1 2008
THE GARDEN CITY GROUP, INC.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RONALD STILLMAN, individually and on behalf of all other persons similarly situated, Plaintiff | No. 07-849(P.S.) |
| against | **CONSENT TO BECOME PARTY PLAINTIFF** |
| STAPLES, INC., Defendant | |

## CONSENT TO BECOME A PARTY PLAINTIFF

☒ By my signature below, I consent to be a party plaintiff in the above captioned lawsuit pursuant to the Fair Labor Standards Act, 29 U.S C. § 2 16(b). I understand that the class representative and Mr. Stillman will act as my agents to make decisions on my behalf concerning the litigation and the method and manner of conducting this litigation,

## DESIGNATION OF COUNSEL

☒ I hereby designate Plaintiff's counsel, The Locks Law Firm, PLLC, The Mason Law Firm LLP and Berger and Gottlieb, to represent me in the suit.

**OR**

☐ I hereby designate ______________________ to represent me in this suit.

[signature]
Signature

7/16/08
Date

William Rooney
Print Name

1274 Swan Lake Dr, Apt 401
Address

Charlottesville, VA 22902
City, State and Zip Code

434-974-6243
Phone Number

RECEIVED
JUL 21 2008
THE GARDEN CITY GROUP, INC.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD STILLMAN, individually and on behalf of all other persons similarly situated,<br><br>Plaintiff<br><br>against<br><br>STAPLES, INC.,<br><br>Defendant | No. 07-849(P S )<br><br>**CONSENT TO BECOME PARTY PLAINTIFF** |

**CONSENT TO BECOME A PARTY PLAINTIFF**

☒ By my signature below, I consent to be a party plaintiff in the above captioned lawsuit pursuant to the Fair Labor Standards Act, 29 U S C § 2 16(b). I understand that the class representative and Mr. Stillman will act as my agents to make decisions on my behalf concerning the litigation and the method and manner of conducting this litigation,

**DESIGNATION OF COUNSEL**

☒ I hereby designate Plaintiff's counsel, The Locks Law Firm, PLLC, The Mason Law Firm LLP and Berger and Gottlieb, to represent me in the suit.

**OR**

☐ I hereby designate ______________________________ to represent me in this suit

Julie Seltz
Signature

7/10/08
Date

Julie Seltz
Print Name

4531 131st Pl. NE
Address

Marysville, WA 98271
City, State and Zip Code

425-268-0560
Phone Number

RECEIVED
JUL 21 2008
THE GARDEN CITY GROUP, INC.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD STILLMAN, individually and on behalf of all other persons similarly situated,<br>Plaintiff<br>against<br>STAPLES, INC.,<br>Defendant | No. 07-849(P S.)<br><br>**CONSENT TO BECOME PARTY PLAINTIFF** |

**CONSENT TO BECOME A PARTY PLAINTIFF**

☒ By my signature below, I consent to be a party plaintiff in the above captioned lawsuit pursuant to the Fair Labor Standards Act, 29 U S.C. § 2 16(b). I understand that the class representative and Mr. Stillman will act as my agents to make decisions on my behalf concerning the litigation and the method and manner of conducting this litigation,

**DESIGNATION OF COUNSEL**

☒ I hereby designate Plaintiff's counsel, The Locks Law Firm, PLLC, The Mason Law Firm LLP and Berger and Gottlieb, to represent me in the suit.

**OR**

☐ I hereby designate ______________________ to represent me in this suit.

[signature]
Signature

7/16/08
Date

Shane Magnan
Print Name

37 Platt Street
Address

Swanton VT 05488
City, State and Zip Code

(802) 370-1504
Phone Number

RECEIVED
JUL 21 2008
THE GARDEN CITY GROUP, INC.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD STILLMAN, individually and on behalf of all other persons similarly situated,<br>Plaintiff<br>against<br>STAPLES, INC ,<br>Defendant | No. 07-849(P.S )<br>**CONSENT TO BECOME PARTY PLAINTIFF** |

## CONSENT TO BECOME A PARTY PLAINTIFF

☑ By my signature below, I consent to be a party plaintiff in the above captioned lawsuit pursuant to the Fair Labor Standards Act, 29 U S C. § 2 16(b). I understand that the class representative and Mr. Stillman will act as my agents to make decisions on my behalf concerning the litigation and the method and manner of conducting this litigation,

## DESIGNATION OF COUNSEL

☑ I hereby designate Plaintiff's counsel, The Locks Law Firm, PLLC, The Mason Law Firm LLP and Berger and Gottlieb, to represent me in the suit.

OR

☐ I hereby designate ______________________ to represent me in this suit

David R. Ayers
Signature

7/9/2008
Date

DAVID R. AYERS
Print Name

1481 BRIMFIELD RD
Address

BRIMFIELD, MA 01010-9504
City, State and Zip Code

413·436·7443 413 668·7035(c)
Phone Number

RECEIVED
JUL 21 2008
THE GARDEN CITY GROUP, INC.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RONALD STILLMAN, individually and on behalf of all other persons similarly situated,<br><br>Plaintiff<br><br>against<br><br>STAPLES, INC.,<br><br>Defendant | No. 07-849(P.S.)<br><br>**CONSENT TO BECOME PARTY PLAINTIFF** |

**CONSENT TO BECOME A PARTY PLAINTIFF**

☑ By my signature below, I consent to be a party plaintiff in the above captioned lawsuit pursuant to the Fair Labor Standards Act, 29 U.S.C. § 2 16(b). I understand that the class representative and Mr Stillman will act as my agents to make decisions on my behalf concerning the litigation and the method and manner of conducting this litigation,

**DESIGNATION OF COUNSEL**

☑ I hereby designate Plaintiff's counsel, The Locks Law Firm, PLLC, The Mason Law Firm LLP and Berger and Gottlieb, to represent me in the suit.

**OR**

☐ I hereby designate ______________________________ to represent me in this suit.

Jason R. Houle
Signature

2/14/08
Date

Jason Houle
Print Name

448A West Main St.
Address

Tilton, NH 03276
City, State and Zip Code

603-661-2788
Phone Number

RECEIVED
JUL 21 2008
THE GARDEN CITY GROUP, INC.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RONALD STILLMAN, individually and on behalf of all other persons similarly situated,<br><br>Plaintiff<br><br>against<br><br>STAPLES, INC.,<br><br>Defendant | No. 07-849(P.S.)<br><br>**CONSENT TO BECOME PARTY PLAINTIFF** |

**CONSENT TO BECOME A PARTY PLAINTIFF**

☑ By my signature below, I consent to be a party plaintiff in the above captioned lawsuit pursuant to the Fair Labor Standards Act, 29 U.S.C. § 2 16(b). I understand that the class representative and Mr Stillman will act as my agents to make decisions on my behalf concerning the litigation and the method and manner of conducting this litigation,

**DESIGNATION OF COUNSEL**

☑ I hereby designate Plaintiff's counsel, The Locks Law Firm, PLLC, The Mason Law Firm LLP and Berger and Gottlieb, to represent me in the suit

**OR**

☐ I hereby designate ______________________ to represent me in this suit.

[signature]
Signature

7/14/08
Date

Heleeda Ellis
Print Name

118 Flint Ln.
Address

Sylvester, GA 31791
City, State and Zip Code

229-776-5690
Phone Number

RECEIVED
JUL 21 2008
THE GARDEN CITY GROUP, INC.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RONALD STILLMAN, individually and on behalf of all other persons similarly situated,<br><br>Plaintiff<br><br>against<br><br>STAPLES, INC.,<br><br>Defendant | No. 07-849(P.S.)<br><br>**CONSENT TO BECOME PARTY PLAINTIFF** |

**CONSENT TO BECOME A PARTY PLAINTIFF**

☒ By my signature below, I consent to be a party plaintiff in the above captioned lawsuit pursuant to the Fair Labor Standards Act, 29 U.S.C. § 2 16(b) I understand that the class representative and Mr. Stillman will act as my agents to make decisions on my behalf concerning the litigation and the method and manner of conducting this litigation,

**DESIGNATION OF COUNSEL**

☒ I hereby designate Plaintiff's counsel, The Locks Law Firm, PLLC, The Mason Law Firm LLP and Berger and Gottlieb, to represent me in the suit.

**OR**

☐ I hereby designate ______________________________ to represent me in this suit.

Chandra L. Griffin
Signature

7-12-08
Date

Chandra L. Griffin
Print Name

6203 Glenwood Dr.
Address

Pine Bluff AR 71603
City, State and Zip Code

870-879-9499
Phone Number

RECEIVED
JUL 2 1 2008
THE GARDEN CITY GROUP, INC.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RONALD STILLMAN, individually and on behalf of all other persons similarly situated,<br><br>Plaintiff<br><br>against<br><br>STAPLES, INC ,<br><br>Defendant | No. 07-849(P.S.)<br><br>**CONSENT TO BECOME PARTY PLAINTIFF** |

**CONSENT TO BECOME A PARTY PLAINTIFF**

☑ By my signature below, I consent to be a party plaintiff in the above captioned lawsuit pursuant to the Fair Labor Standards Act, 29 U S.C. § 2 16(b). I understand that the class representative and Mr. Stillman will act as my agents to make decisions on my behalf concerning the litigation and the method and manner of conducting this litigation,

**DESIGNATION OF COUNSEL**

☑ I hereby designate Plaintiff's counsel, The Locks Law Firm, PLLC, The Mason Law Firm LLP and Berger and Gottlieb, to represent me in the suit.

**OR**

☐ I hereby designate ______________________________ to represent me in this suit.

Rodney O. Jeter Sr
Signature

7-11-08
Date

Rodney O. Jeter SR
Print Name

4377 Shoreside Cir
Address

Snellville GA, 30039
City, State and Zip Code

(678) 796-3796
Phone Number

RECEIVED
JUL 21 2008
THE GARDEN CITY GROUP, INC.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD STILLMAN, individually and on behalf of all other persons similarly situated,<br><br>Plaintiff<br><br>against<br><br>STAPLES, INC.,<br><br>Defendant | No. 07-849(P.S )<br><br>**CONSENT TO BECOME PARTY PLAINTIFF** |

## CONSENT TO BECOME A PARTY PLAINTIFF

☑ By my signature below, I consent to be a party plaintiff in the above captioned lawsuit pursuant to the Fair Labor Standards Act, 29 U S C. § 2 16(b). I understand that the class representative and Mr. Stillman will act as my agents to make decisions on my behalf concerning the litigation and the method and manner of conducting this litigation,

## DESIGNATION OF COUNSEL

☑ I hereby designate Plaintiff's counsel, The Locks Law Firm, PLLC, The Mason Law Firm LLP and Berger and Gottlieb, to represent me in the suit.

OR

☐ I hereby designate ______________________ to represent me in this suit.

Donna Weeden
Signature

7/14/08
Date

Donna Weeden
Print Name

306 Aaron Ct.
Address

Sterling VA 20164
City, State and Zip Code

703-863-7855
Phone Number

RECEIVED
JUL 21 2008
THE GARDEN CITY GROUP, INC.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RONALD STILLMAN, individually and on behalf of all other persons similarly situated,<br>Plaintiff<br><br>against<br><br>STAPLES, INC.,<br>Defendant | No. 07-849(P.S.)<br><br>**CONSENT TO BECOME PARTY PLAINTIFF** |

**CONSENT TO BECOME A PARTY PLAINTIFF**

☑ By my signature below, I consent to be a party plaintiff in the above captioned lawsuit pursuant to the Fair Labor Standards Act, 29 U S C. § 2 16(b). I understand that the class representative and Mr. Stillman will act as my agents to make decisions on my behalf concerning the litigation and the method and manner of conducting this litigation,

**DESIGNATION OF COUNSEL**

☑ I hereby designate Plaintiff's counsel, The Locks Law Firm, PLLC, The Mason Law Firm LLP and Berger and Gottlieb, to represent me in the suit.

**OR**

☐ I hereby designate ______________________________ to represent me in this suit

Joshua Distel
Signature

7/17/08
Date

Joshua Distel
Print Name

1465 Mifflin Ave. Apt A
Address

Ashland, OH 44805
City, State and Zip Code

419-618-3928
Phone Number

RECEIVED
JUL 21 2008
THE GARDEN CITY GROUP, INC.