UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
<u>MINUTES OF PROCEEDINGS</u>

<u>**NEWARK**</u>                                                                                           <u>**2/11/09**</u>
**OFFICE**                                                                                             **DATE OF PROCEEDINGS**

**MAGISTRATE JUDGE PATTY SHWARTZ**
**COURT REPORTER: Walter Perelli**

**TITLE OF CASE**:                                                    **Docket No:** 07-849(PS)

Ronald Stillman, et al. v. Staples, Inc.

**APPEARANCES:**

Seth R. Lesser, Esq., for plaintiffs
Michael A. Galpern, Esq., for plaintiffs
Adam N. Saravay, Esq., for defendant
C. Bryan Cantrell, Esq., for defendant
Robert W. Fisher, Esq., for defendant
Todd Sorrell, Esq., for defendant

**NATURE OF PROCEEDING:**

Hearing out of the jury presence.
Case called. Trial with jury moved at 10:15 a.m.  All parties present.
Michael Vincent Tarnowski sworn for plaintiff.
David Winters sworn for plaintiff.
Jury adjourned at 12:00 p.m.
Lunch recess 1:15 p.m. to 2:15 p.m.
Ordered trial with jury adjourned at 12:00 p.m., until Tuesday, February 17, 2009 at 9:30 a.m.
Charge conference held out of the jury presence.

**Commenced: 9:45 a.m.**
**Adjourned: 5:45 p.m.**

                                                                    <u>      Amy Andersonn      </u>
                                                                           **Deputy Clerk**