**Klafter Olsen & Lesser LLP**
Two International Drive, Suite 350
Rye Brook, New York  10573
(914) 934-9200
-and-
132 Haddon Avenue
Haddonfield, NJ 08033
(856) 857-1127

**Locks Law Firm**
457 Haddonfield Avenue
Cherry Hill, New Jersey
(856) 663-8200
-and-
747 Third Avenue 37th Floor
New York, NY 10017
(212) 838-3333

**Mason LLP**
1625 Massachusetts Ave., Ste. 605
Washington, DC 20036
(202) 429-2290

**Berger & Gottlieb**
150 East 18th Street, Suite PHR
New York, NY 10003
(212) 228-9795

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RONALD STILLMAN, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>          Plaintiffs,<br><br>          vs.<br><br>STAPLES, INC.<br><br>          Defendant. | Civil Action No. 07CV849 (KSH) (PS)<br><br>**NOTICE OF APPEAL**<br><br>*Document Filed Electronically* |

Notice is hereby given that all Plaintiffs in this action hereby appeal to the United States Court of Appeals for the Third Circuit from the award of fees and costs in the final Judgment in this action, signed on September 16, 2009 and entered on the docket on September 18, 2009.

By: KLAFTER OLSEN & LESSER LLP
Attorneys for Plaintiffs

_____
Seth R. Lesser
A Member of the Firm

Dated: October 16, 2009