McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, New Jersey 07101-0652
(973) 622-4444

**SEYFARTH SHAW LLP**
World Trade Center East
2 Seaport Lane, Suite 300
Boston, MA 02210
(617) 946-4300

Attorneys for Defendant Staples, Inc.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD STILLMAN, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>STAPLES, INC.,<br><br>　　　　Defendant. | Civil Action No. 07-CV-849 (KSH)(PS)<br><br><br><br>**AMENDED NOTICE OF APPEAL**<br><br>*Document Electronically Filed* |

Notice is hereby given that Defendant Staples, Inc. appeals to the United States Court of Appeals for the Third Circuit from the final Judgment in this action, dated September 16, 2009 and entered on the docket on September 18, 2009, and also from the Order dated October 21, 2009 and entered on the docket on October 20, 2009 denying Defendant's Motion for Decertification and from the Order dated and entered on the docket on November 6, 2009 denying Defendant's Motion for a New Trial. Defendant Staples, Inc. previously filed a notice of appeal on September 30, 2009.

　　　　　　　　　　　　　　　　　　McCARTER & ENGLISH, LLP
　　　　　　　　　　　　　　　　　　Attorneys for Defendant

　　　　　　　　　　　　　　　　　　By: _____
Dated: November 17, 2009　　　　　　ADAM N. SARAVAY

ME1 9292841v.1

## CERTIFICATION OF SERVICE

Christopher S. Mayer, of full age, hereby certifies as follows:

1. I am an associate with the law firm of McCarter & English, LLP, counsel for Defendant Staples, Inc.

2. On November 17, 2009, I caused to have served, via electronic case filing (ECF), a copy of this Amended Notice of Appeal upon the following:

| Seth R. Lesser<br>Fran L. Rudich<br>Jeff Klafter<br>Klafter, Olsen & Lesser, LLP<br>1311 Mamaroneck Avenue<br>Suite 220<br>White Plains, NY 10605 | Gary Mason<br>Nicholas Migliaccio<br>Mason LLP<br>1625 Massachusetts Ave., N.W.<br>Washington, DC 20036 | Michael Galpern<br>Andrew P. Bell<br>Locks Law Firm<br>Liberty View Building<br>457 Haddonfield Road,<br>Suite 500<br>Cherry Hill, NJ 08002 |
|---|---|---|

3. I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I may be subject to punishment.

Dated: November 17, 2009

/s/ Christopher S. Mayer
Christopher S. Mayer

ME1 9292841v.1